IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRMA MONTELONGO and
GUADALUPE MONTELONGO,

    Plaintiffs,

v.                                          CV 11-1004 WPL/CG

C. MARTIN COMPANY, INC., et al.,

    Defendants.

### ORDER GRANTING MOTION TO PROCEED PRO HAC VICE

**THIS MATTER** comes before the Court on Defendants' *Motion for Out of State Defense Counsel to Enter Pro Hac Vice*. (Doc. 10). The Court, having considered the motion, and noting that it complies with D.N.M.L.R.-Civ. 83.3, **FINDS** that the motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' *Motion for out of State Defense Counsel to Enter Pro Hac Vice*, (Doc. 10), be **GRANTED**. Attorney Deepa N. Subramanian is authorized to appear *pro hac vice*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE